UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                              Plaintiff,

                                                                 DECISION AND ORDER

                                                                   99-CR-6036L

                             v.

CLIVE BROWN,

                              Defendant.
_____

      Defendant, Clive Brown ("Brown"), filed a motion for production of documents (Dkt. #51) on August 3, 2009. On August 14, 2009, this Court issued an order (Dkt. #52) denying Brown's request for the production of documents. Another copy of this order is being sent to defendant.

      On September 10, 2009, Brown filed another motion for copies of documents (Dkt. #53), which the Court is treating as a motion for reconsideration.

      Defendant's motion for reconsideration (Dkt. #53) is in all respects denied.

      IT IS SO ORDERED.

                                                  _____
                                                     DAVID G. LARIMER
                                               United States District Judge

Dated: Rochester, New York
       November 6, 2009.